IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LANEEKA A. WHITE, *et al.* ) | CASE: 12-CV-00943 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | **MOTION FOR CONTINUANCE** |
| WELLS FARGO BANK, N.A. ) | **OF THE CASE MANAGEMENT** |
| Trading as Wells Fargo Dealer Services ) | **CONFERENCE SCHEDULED FOR** |
| ) | **NOVEMBER 15, 2012 AT 9:00 A.M.** |
| Defendant. ) | |
| ) | |

      Plaintiffs, Laneeka A. White and Timothy Reese, by and through counsel respectfully request that the Case Management Conference scheduled for November 15, 2012 at 9:00 a.m. as Counsel has previously been scheduled to appear in Lorain County Court of Common Pleas on November 15, 2012 at 9:00 a.m. in a class action suit being Case Number 08CV158812, JP Morgan Chase Bank vs. James J. Grasso, et al. A copy of the Journal Entry is attached hereto marked as "Exhibit A" and incorporated herein as if fully rewritten.

      Furthermore, Counsel has previously been scheduled to appearing the Lorain County Court of Common Pleas in a class action suit at 2:00 p.m. on November 15, 2012 being case number 02CV132392, Mia Johnson vs. Tri-County Kia. A copy of the Journal Entry is attached hereto marked as "Exhibit B" and incorporated herein as if fully rewritten.

      Counsel has contacted counsel for Defendant and they do not oppose this Motion for Continuance. This motion is not made for purposes of delay, harassment or oppression.

THEREFORE, Plaintiffs respectfully requests that the Case Management Conference scheduled for November 15, 2012 at 9:00 a.m. be rescheduled at the Court's convenience.

                                      Respectfully submitted,

                                      */s/ Ronald I Frederick*_____
                                      Ronald I. Frederick (#0063609)
                                      Ronald Frederick & Associates Co., LPA
                                      1370 Ontario Street, Suite 1240
                                      Cleveland, Ohio  44113
                                      (216) 502-1055
                                      (216) 566-9400 (fax)
                                      Ronf@ClevelandConsumerLaw.com
                                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012 a copy of the foregoing *Motion for Continuance of the Case Management Conference Scheduled for November 15, 2012 at 9:00 a.m.* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                      */s/ Ronald I. Frederick*
                                      RONALD I. FREDERICK #0063609
                                      *Attorney for Plaintiffs*